(Court of Criminal Appeals of Texas. March 24, 1920.)

INDICTMENT AND INFORMATION ⊜⊃10—INDICTMENT PREFERRED BY ILLEGAL GRAND JURY VOID.

Where purported indictment was preferred by an illegal grand jury, that had been impaneled and was acting without authority of law, the prosecution will be dismissed for want of a legal indictment; the act of such illegal grand jury being void.

Appeal from Hill County Court; R. T. Burns, Judge.

Hub Brannan was convicted for misdemeanor theft, and he appeals. Reversed, and prosecution ordered dismissed.

Dupree & Crenshaw, of Hillsboro, for appellant.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This conviction was for misdemeanor theft. There are several questions presented in the record, but these are not discussed, for the reason that the judgment must be reversed, and the prosecution dismissed, because of want of a legal indictment.

There is in the record what purports to be an indictment preferred by the grand jury, but the facts show that the grand jury so presenting it was an illegal one, one impaneled and acting without authority of law. It would serve no useful purpose to repeat the facts and circumstances which constituted the grand jury an illegal one, and their act void. These matters have all been fully stated, and the whole matter reviewed, in Wright v. State, 217 S. W. 152. Wright was indicted by the same grand jury as was appellant, and under the same circumstances. In Wright's Case, the whole matter was reviewed, and the authorities discussed. We find no reason to change the views there expressed, and those previously decided, which form the basis of the Wright opinion.

Under the authority of Wright v. State, supra, this judgment will be reversed, and the prosecution ordered dismissed.

---

PRATER v. STATE. (No. 5723.)

(Court of Criminal Appeals of Texas. March 24, 1920.)

CRIMINAL LAW ⊜⊃1131(1)—APPEAL DISMISSED AT APPELLANT'S REQUEST.

Appeal will be dismissed, without review of issues raised, if appellant so requests, because he desires not to prosecute the appeal, but to accept judgment of conviction and sentence of the trial court.

Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge.

Wyatt Prater was convicted of a crime, and he appeals. Appeal dismissed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. The record presents several questions, but in view of the fact that appellant has requested this court to dismiss his appeal, as he desires not to prosecute it, but to accept the judgment and sen-

tence of the trial court, his request is granted, and the questions will not be discussed or reviewed.

The appeal is therefore dismissed.